**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joseph BATISTA, Defendant–Appellant.**

**No. 00–50197.**

**D.C. No. CR–99–00317–TJH.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 9, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Joseph Batista appeals his conviction and 28–month sentence imposed after his jury trial for bank fraud and possession of stolen mail, in violation of 18 U.S.C. §§ 1344, 1708.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Batista has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Batista has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is GRANTED.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.